## No. 5076.

E. K. BRANCH *v.* POLICE JURY, parish of Pointe Coupee.

The work, for which payment is claimed in this case, was adjudicated by one of the inspectors of roads and levees, in the parish of Pointe Coupee; but it is not shown that the police jury ever authorized the work, and that they provided funds necessary to pay for the same in the ordinance creating the debt. This objection is fatal. ·

APPEAL from the Seventh Judicial District Court, parish of Pointe Coupee. *Hewes,* J.  *T. Yoist,* for plaintiff and appellant. *L. B*· *Claiborne,* district attorney pro tem. for defendant and appellee.

WYLY, J.  The plaintiff appeals from the judgment rejecting his demand of $1527 16, against the parish of Pointe Coupee for building a road and levee in said parish in 1861.

The work was adjudicated by one ·of the inspectors of roads and

Branch v. Police Jury, parish of Pointe Coupee.

levees in said parish; but it is not shown that the police jury ever authorized the work, and that they provided funds necessary to pay for the same in the ordinance creating the debt. Revised Statutes of 1870, sec. 2786.

Without this essential requisite, the parish of Pointe Coupee can not be made liable for a debt like that presented by the plaintiff.

Judgment affirmed.